UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cr-00164-SRC-1 |
| ) | |
| CHRISTOPHER G. RHODES, ) | |
| ) | |
| Defendant. ) | |

**<u>Order</u>**

The Court attaches to this Order its redlined jury instructions as of June 6, 2025. The Court orders the parties to be prepared to discuss these jury instructions at the final pretrial conference, which is scheduled for 8:00 a.m. on June 9, 2025.

So ordered this 6th day of June 2025.

*SLR.CR*
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE