UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cr-00164-SRC-1 |
| ) | |
| CHRISTOPHER G. RHODES, ) | |
| ) | |
| Defendant. ) | |

### **Order**

The Court attaches to this Order its redlined jury instructions as of June 9, 2025. As previously directed, the Court orders the parties to be prepared to discuss these jury instructions at 8:00 a.m. on June 10, 2025.

So ordered this 9th day of June 2025.

_SL R. CR_
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE